FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL EDWARD ADAMS, | Case No. CV 13-02494 ABC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: April 16, 2013

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY