FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAUL EDWARD ADAMS,<br><br>     Petitioner,<br><br>     v.<br><br>KEVIN CHAPPELL, Warden,<br><br>     Respondent. | Case No. CV 13-02494 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: April 16, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY